# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| SANTOS JIATZ, on behalf of himself and other persons similarly situated,<br><br>    Plaintiff,<br><br>v.<br><br>TOWN SPORTS INTERNATIONAL HOLDINGS, INC., d/b/a New York Sports Clubs,<br><br>    Defendant. | Civil Action No.:<br><br>Filed Electronically<br><br>**NOTICE OF REMOVAL** |

TO:   THE HONORABLE JUDGES OF THE
      UNITED STATES DISTRICT COURT
      FOR THE DISTRICT OF NEW JERSEY

Defendant Town Sports International Holdings, Inc., ("TSI"), by and through its attorneys, Gordon & Rees LLP, respectfully states as follows:

1.   Plaintiff Santos Jiatz ("Plaintiff"), on behalf of himself and other persons similarly situated, commenced the above-captioned action on or about August 3, 2017, by filing a Complaint in the Superior Court of New Jersey, Law Division, Bergen County, captioned as *Santos Jiatz, on behalf of himself and other persons similarly situated v. Town Sports International Holdings, Inc., d/b/a New York Sports Clubs,* Docket No. BERG-L-005245-17.

2.   Said action is now pending in that court.

3.   The Complaint was served on TSI on or about September 7, 2017.

4.   A copy of the Summons and Complaint are attached hereto as **Exhibit A**.

5.   This Court has jurisdiction over the above-captioned action pursuant to 28 U.S.C. § 1332, in that:

    a.    Defendant Town Sports International Holdings, Inc. is a Delaware Corporation, with its principal place of business and main office in New York;

    b.    Plaintiff, as alleged on the face of the Complaint, is an individual residing in Union, New Jersey" (Cmp. ¶ 2); and

    c.    Plaintiff alleges tort- and contract-based causes of action arising from alleged defects in a Membership Agreement between TSI and Plaintiff, and other similarly situated persons, and claims damages that are likely to exceed $75,000.00.

6.    Accordingly, the amount in controversy will likely, in good faith, exceed the sum or value of $75,000.00, exclusive of interest and costs, and is between citizens of different states. This Court, therefore, has diversity jurisdiction over the above-captioned action pursuant to 28 U.S.C. § 1332 and the case may properly be removed to this Court pursuant to 28 U.S.C. § 1441.

7.    This Notice of Removal is filed within the time provided by 28 U.S.C. § 1446(b) and the Federal Rules of Civil Procedure.

8.    Upon the filing of this Notice of Removal, TSI shall give written notice thereof to Plaintiff's counsel and TSI shall file copies of said Notice and Notice of Filing of Removal with the Court Clerk, Superior Court of New Jersey, Law Division, Bergen County.

9.    By filing this notice, TSI does not waive any defenses which may be available to it, including, but not limited to, improper service and the absence of venue in this Court or in the Court from which this action has been removed.

10.    All Defendants who have appeared hereby consent to the removal of the instant action.

    WHEREFORE, TSI respectfully requests that the Court remove the above-captioned

action now pending in the Superior Court of New Jersey, Law Division, Bergen County, to the United States District Court for the District of New Jersey, wherein it shall proceed as an action originally commenced therein.

                Respectfully Submitted,

                */s/ Peter G. Siachos*
                Peter G. Siachos
                Eric T. Evans

GORDON & REES LLP
18 Columbia Turnpike, Suite 220
Florham Park, New Jersey 07932
Tel: (973) 549-2500
Fax: (973) 377-1911
e-mail: psiachos@grsm.com
        eevans@grsm.com

*Attorneys for Defendant Town Sports International Holdings, Inc.*

Dated: October 6, 2017

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on the 6th of October, 2017, the foregoing document was filed electronically on the CM/ECF system, which caused all CM/CF participants to be served by electronic means.

Respectfully Submitted,

/s/ Peter G. Siachos
Peter G. Siachos
Eric T. Evans

GORDON & REES LLP
18 Columbia Turnpike, Suite 220
Florham Park, New Jersey 07932
Tel: (973) 549-2500
Fax: (973) 377-1911
e-mail: psiachos@grsm.com
eevans@grsm.com

*Attorneys for Defendant Town Sports International Holdings, Inc.*

Dated: October 6, 2017